UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LORETTA HILLWARE** | * | **CIVIL ACTION NO.** |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | **JUDGE** |
| | * | |
| **NEW ORLEANS SAINTS, ET AL.** | * | |
| | * | |
| | * | **MAGISTRATE** |
| **Defendant** | * | |
| | * | |

*********************************************

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

**NOW INTO COURT,** through undersigned counsel, comes Petitioner, New Orleans Louisiana Saints LLC, improperly sued as "New Orleans Saints" (hereinafter "the Saints"), which files this Notice of Removal of this cause from the Twenty-Fourth Judicial District Court, Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. §§ 1331 and 1441(b) and 28 U.S.C. § 1446.  Petitioner files this Notice of Removal with full reservation of any and all rights, defenses and objections, including but not limited to, insufficiency of process, insufficiency of service of process, lack of subject matter jurisdiction due to the existence of a valid Arbitration Agreement, lack of personal jurisdiction, improper venue, lack of procedural capacity, improper cumulation, no right of action, lack of standing, prematurity, prescription, preemption, and no cause of action.  In support of this Notice of Removal, the Petitioner states as follows:

## INTRODUCTION

1.     The plaintiff attempted to file this action against the Saints and numerous other Defendants on or about November 12, 2014.  The action, *Loretta Hillware v. New Orleans Saints, et al.,* was filed in the Twenty-Fourth Judicial District Court, Parish of Jefferson, State of Louisiana, and was assigned Case No. 744205.  A copy of the entire state court record is attached as Exhibit "A."   Specifically, Plaintiff is a former employee of the Saints, and she has alleged that she was discriminated against on account of her sex and race.  *See* Complaint and Amended Complaint included in the attached Exhibit "A."

## THE NOTICE OF REMOVAL IS TIMELY

2.     No named Defendant has been served in this case, and this Notice of Removal is filed within one year of the commencement of this action as required by 28 U.S.C. § 1446(b).  Accordingly, removal of this action is timely.  No previous application for removal has been made.

## FEDERAL QUESTION JURISDICTION EXISTS

3.     This Court has original jurisdiction over this action under 28 U.S.C. § 1331, in that it is a civil action in which the Plaintiff's allegations allegedly arise under federal law, namely Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.* ("Title VII"). Importantly, Plaintiff filed an identical lawsuit in the United States District Court for the Southern District of New York, which was subsequently transferred to the United States District Court for the Eastern District of Louisiana.  *See* Case No. 2:14-cv-02964.  Pursuant to the transfer order of the Court in the Southern District of New York, the Court determined that Plaintiff's claims – which are identical to the claims set forth in this case – arise under Title VII. *See* Exhibit "B."   Accordingly, as in Case No. 2:14-cv-02964, Plaintiff's suit states a federal

claim and is therefore subject to removal pursuant to 28 U.S.C. § 1441(b).

4. This Court also has supplemental jurisdiction over any state law claims in Plaintiff's Complaint and Amended Complaint, to the extent that such have actually been pled, because those claims are so related to the claim in this action, within the Court's original jurisdiction, that they form part of the same case or controversy under Article III of the United States Constitution. Accordingly, this Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367(a).

5. Based on the foregoing, this action is removable to the United States District Court, pursuant to 28 U.S.C. §1441, *et seq.*

6. Under 28 U.S.C. § 1446(b)(2)(A), "all defendants who have been properly joined and served must join in or consent to the removal of the action" to federal court. In the present case, no consent to removal is required of any other Defendant because no Defendant has been properly served as of the filing of this Notice of Removal. Moreover, Plaintiff was at all relevant times an employee of the Saints. *See* Declaration of Pat McKinney, attached as Exhibit "C." Because Plaintiff has alleged employment discrimination, she has no viable claim against the other named Defendants because they were not her "employer." *See Provensal v. Gaspard*, 524 F. App'x 974, 977 (5th Cir. 2013), *citing Grant v. Lone Star Co.*, 21 F.3d 649, 653 (5th Cir. 1994) ("Title VII does not impose liability on individuals unless they are 'employers.'"); *see also Sims v. Jefferson Downs Racing Ass'n, Inc.*, 778 F.2d 1068, 1081 (5th Cir. 1985) ("a plaintiff does not have an action against both the corporation and its officer <u>in an official capacity</u>"; rather, any liability that attaches to an officer or agent in his official capacity <u>runs against the corporation</u>). Accordingly, all other Defendants were improperly joined in this action, and their consent to removal is not required. Nevertheless, out of an abundance of caution, all other

Defendants consent to, and join in, this Notice of Removal.

7. A copy of this Notice of Removal is being served on the plaintiff and will be filed in the record of the Twenty-Fourth Judicial District Court in the Parish of Jefferson, State of Louisiana.

8. The Saints reserve the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Petitioner, New Orleans Louisiana Saints LLC, gives notice that the matter styled as *Loretta Hillware v. New Orleans Saints, et al.,* which was filed in the Twenty-Fourth Judicial District Court, Parish of Jefferson, State of Louisiana, and was assigned Case No. 744205, is removed to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

ADAMS AND REESE LLP

s/     Gregory F. Rouchell
**LESLIE A. LANUSSE, #14115**
**GREGORY F. ROUCHELL, #28746**
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Fax:  (504) 566-0210
*Counsel for New Orleans Louisiana Saints LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2015, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system. A copy of this pleading has been sent to Plaintiff, Loretta Hillware, at 5 Thomas Circle, NW, 2nd Floor, Washington, D.C. 20005, via U.S. Mail.

s/     Gregory F. Rouchell
**GREGORY F. ROUCHELL**

4