## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 USC § 1746

I, Pat McKinney, do hereby declare:

1. I am over the age of 18, am competent to testify herein, and I am authorized to execute this Declaration. I am of sound mind and capable of making this Declaration.

2. I have personal knowledge of the facts stated in this Declaration, they are true and correct and, if called as a witness in this regard, my testimony would be the same as that set forth herein.

3. I am the Director of Human Resources for New Orleans Louisiana Saints LLC ("Saints") and custodian of all employee related records that are maintained by the Saints. As such, I am familiar with the employee related records that are produced and maintained by the Saints in the ordinary course of business, including those for a former employee of the Saints named Loretta Hillware.

4. Loretta Hillware was employed by the Saints from February 21, 2001 until May 31, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 20th day of March, 2015.

_____
PAT McKINNEY

EXHIBIT "C"

1